AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| John Does, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:21-cv-12843 |
| Michigan State Police, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Does, et al.                                                                                    .

Date:     01/11/2022

/s/Alyson Oliver
*Attorney's signature*

Alyson Oliver (P55020)
*Printed name and bar number*

Oliver Law Group P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084

*Address*

notifications@oliverlawgroup.com
*E-mail address*

(248) 327-6556
*Telephone number*

(248) 436-3385
*FAX number*