UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.                                                          Case No. 21-cv-12843
                                                            HON. MARK A. GOLDSMITH

MICHIGAN STATE POLICE et al.,

    Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                                     KINIKIA ESSIX
                                                                     CLERK OF THE COURT

                                          By:    s/Carolyn Ciesla
                                                                     DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 26, 2025